**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARCO INTERNATIONAL CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>AMERICAN CARBON CORPORATION,<br><br>Respondent. | CASE NO. 1:25-CV-07353-LAP<br><br><br>**DEFAULT JUDGMENT** |

This action having been commenced on September 4, 2025, and a copy of the Summons and Verified Petition having been served on Respondent, American Carbon Corporation, a corporation with a principal place of business at 1215 Visionary Way, Fishers, Indiana 46038-306, by personal service on September 12, 2025 on Thomas Suave, President, an authorized agent; and proof of service having been filed with this Court on September 16, 2025; and Respondent having failed to answer, appear, or otherwise respond; and the Clerk of the Court having entered a Certificate of Default on October 14, 2025; and the Court having considered Petitioner's unopposed Petition and Motion for Default Judgment; it is hereby; it is

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Final Arbitration Award dated June 6, 2025, issued in American Arbitration Association Case No. 01-24-0006-2068, is **CONFIRMED** pursuant to 9 U.S.C. § 9;

2. Judgment is entered in favor of Petitioner Marco International Corporation and against Respondent American Carbon Corporation in the principal amount of **$127,248.98**;

3. Post-judgment interest shall accrue on the judgment amount at the rate provided by **28 U.S.C. § 1961**, from the date of entry of judgment until paid in full; and

4. The Clerk of Court is respectfully directed to enter judgment accordingly and close the case.

New York, N.Y.
January 13, 2026

SO ORDERED

*Loretta A Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE